# FRIER LEVITT

A T T O R N E Y S   A T   L A W

19 Microlab Road
Suite A
Livingston, NJ 07039
(973) 535-1660
Attorneys for Third-Party Defendant, Consolidated Children's Apparel

| | |
|---|---|
| RACHEL ADJMI,<br><br>Plaintiff,<br><br>v.<br><br>SOVEREIGN BANK and SOLOMON DWEK,<br><br>Defendants. | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Chapter 11<br><br>Case No: 07-11757 (KCF)<br>Adversary No: 07-01555 (KCF) |
| SOVEREIGN BANK,<br><br>Counterclaim, Cross-claim and Third-Party Plaintiff,<br><br>v.<br><br>RACHEL ADJMI, in her individual capacity and as executrix of the estate of Jack Adjmi; JACK ADJMI, deceased, his heirs, devisees and personal representatives, and his their or any of their successors in right, title and interest; STATE OF NEW YORK; UNITED STATES OF AMERICA; SUN NATIONAL BANK, as Successor by Merger to COMMUNITY BANK OF NEW JERSEY, a New Jersey banking corporation; ANSELL TRUST; LIBERTY MEDICAL; DEAL YESHIVA, INC; UNKNOWN TENANTS 1-10; CONSOLIDATED CHILDREN'S APPAREL, INC.; AMY F. ANNECHARICO; JOHN DOES 1-10; ABC CORPORATIONS 1-10; and SOLOMON DWEK,<br><br>Counterclaim, Cross-claim and Third-Party Defendants. | **NOTICE OF MOTION TO DISMISS THE COMPLAINT OF THIRD-PARTY PLAINTIFF, SOVEREIGN BANK, AND FOR SANCTIONS** |

**TO:**   Louis DeLuccia, Esq.
Alyson Fiedler, Esq.
Greenberg Traurig, LLP
200 Park Avenue, First Floor
Florham Park, NJ 07932

**CC:**   James Kim, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
25 Main Street
Hackensack, NJ 07602-0800

Robert Rohrberger, Esq.
Fox Rothschild
75 Eisenhower Parkway
Roseland, NJ 07068

Timothy Neuman, Esq.
Broege, Neumann & Fischer
25 Abe Voorhees Drive
Manasquan, NJ 07836

**COUNSEL:**

Please take notice that on Monday, November 17, 2008, at 10:00 a.m., or as soon thereafter as counsel can be heard, before the Honorable Kathryn C. Ferguson, United States Bankruptcy Court, at the Clarkson S. Fisher United States Courthouse, 401 East State Street, Trenton, New Jersey, the undersigned will move for an order dismissing the complaint of third-party plaintiff, Sovereign Bank, pursuant to F.R.C.P. Rule 37(b)(2)(v) and Bankruptcy Rule 7037 and for sanctions pursuant to F.R.C.P. 37(d) and for such other relief as this Court deems proper.

**PLEASE TAKE FURTHER NOTICE**, that at the time this matter is heard, we shall rely upon the Certification of Jonathan E. Levitt, Esq., made a part hereof.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9013-1(d), any opposition to the Motion shall be filed with the Court and served upon counsel at least seven (7) days before the return date.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

2

     **PLEASE TAKE FURTHER NOTICE** that third party defendant requests oral argument only in the event opposition to this motion is filed.

             **FRIER & LEVITT, LLC**
             Attorneys for Third-Party Defendant


             BY: /s/ Jonathan E. Levitt
                 Jonathan E. Levitt, Esq.

Dated:  October 28, 2008